No. 95–6458. HUBBARD v. MICHIGAN BELL TELEPHONE CO. C. A. D. C. Cir. Certiorari denied.

No. 95–6469. SANTIAGO v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 95–6471. SPAZIANO v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 95–6472. SAUCIER v. ALCEDE, WARDEN, CALCASIEU CORRECTIONAL CENTER. C. A. 5th Cir. Certiorari denied.

No. 95–6473. CELESTINE v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–6478. SALES v. CITY OF CONWAY, ARKANSAS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–6479. SPYBUCK v. CHAMPION, ATTORNEY GENERAL OF OKLAHOMA. C. A. 10th Cir. Certiorari denied.

No. 95–6480. SNEED v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 95–6483. BEELER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 95–6492. GREER v. SEARS, ROEBUCK & CO. C. A. 6th Cir. Certiorari denied.

No. 95–6494. HART v. HART. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95–6497. BARNER v. NEVADA ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–6504. UZOWURU v. WILLIAMS BROTHERS CONSTRUCTION CO., INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–6505. MCWILLIAMS v. ALABAMA. Sup. Ct. Ala. Certiorari denied.